# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Darren Cornelius STANLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case Number 3-7-cv-4727-MHP<br>Case Number 3-7-cv-5608-MHP<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION<br><br>[Docket No. 1] |

　　　Petitioner Darren Cornelius Stanley, having been sentenced to death by the Superior Court of California in and for the County of Alameda, has filed a request for appointment of counsel and for a stay of execution of his death sentence as well as a request to proceed in forma pauperis.

　　　Due to a clerical error, Petitioner's most recent filing was entered as a separate action, No. 3-7-cv-5608-MHP, rather than docketed under the correct case number, No. 3-7-cv-4727-MHP. Accordingly, and good cause therefor appearing, the clerk shall close the file in No. 3-7-cv-5608-MHP as a duplicative filing and shall docket Petitioner's incorrectly filed document under the correct case number, No. 3-7-cv-4727-MHP. All filings in these proceedings shall bear the correct case number, No. 3-7-cv-4727-MHP.

　　　Good cause appearing therefor, Petitioner's request to proceed in forma pauperis is

1 granted. Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is
2 granted. This action is referred to the Court's Selection Board for the recommendation of
3 qualified counsel to represent Petitioner in these proceedings.
4     Pursuant to Habeas Local Rule 2254-24(a), Petitioner is entitled to a stay of execution
5 pending the final disposition of the proceedings in this Court. It appears from Petitioner's
6 declaration in filed in support of his request that the Supreme Court of California has entered a
7 stay of execution of Petitioner's death sentence that remains in effect. This federal Court
8 therefore will defer resolution of Petitioner's request for a stay of execution pending the
9 disposition of the stay entered by the State court. Should the stay entered by the Supreme Court
10 of California be dissolved, this Court automatically shall grant Petitioner's request for a stay and
11 automatically shall enter a stay of the execution of Petitioner's death sentence pending the final
12 disposition of the proceedings in this Court. In the event that the stay entered by the Supreme
13 Court of California is not dissolved prior to the final disposition of the proceedings in this Court,
14 Petitioner's request for a stay of execution in this Court automatically shall be denied as moot
15 upon the entrance of the judgment of this Court.
16     The Clerk immediately shall notify by telephone Respondent Robert L. Ayers Jr.,
17 Warden of San Quentin State Prison, of this order. The Clerk also shall serve certified copies of
18 this order upon Petitioner; Respondent; the clerk of the Superior Court of California in and for
19 the County of Alameda; Michael G. Millman, Esq., Executive Director of the California
20 Appellate Project; Richard L. Rubin, Esq.; Juliet B. Haley, Esq., Deputy Attorney General of the
21 State of California; and James Anderson, Esq., Office of the District Attorney of the County of
22 Alameda.

23                                                              *It is so ordered.*

25 DATED: November 7, 2007
                                                        _____
26                                                      MARILYN HALL PATEL
                                                        United States District Judge

2

Copies of Order mailed on November 7, 2007 to:

Darren Cornelius Stanley
CDC # D-09338
San Quentin State Prison
San Quentin, CA  94974

Robert L. Ayers Jr.
Warden
San Quentin State Prison
San Quentin, CA  94974

Clerk of the Alameda Superior Court
1225 Fallon Street
Oakland, CA  94612

Michael G. Millman, Esq.
Executive Director
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA  94105

Richard L. Rubin, Esq.
4200 Park Boulevard, #249
Oakland, CA 94602

Juliet B. Haley, Esq.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004

James Anderson, Esq.
Office of the District Attorney of the County of Alameda
1225 Fallon Street, #900
Oakland, CA  94612

Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA  94105

Federal Court Docketing
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA  94105

3

Case No. 3-7-cv-4727-MHP
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)